```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
_____
IN RE: CTP INNOVATIONS, LLC,      )    MDL No. 14-MD-2581
PATENT LITIGATION                 )
                                  )
_____)

CTP INNOVATIONS, LLC v.           )    14-cv-3890-MJG
AMERICAN PRINTING COMPANY, INC.   )
                                  )
CTP INNOVATIONS, LLC v.           )
WALTON PRESS, INC.                )    14-cv-3887-MJG
                                  )
CTP INNOVATIONS, LLC v.           )
DIRECTMAIL.COM                    )    15-cv-1975-MJG
                                  )
 *     *     *     *     *     *     *     *     *
```

MEMORANDUM & ORDER RE: MOTIONS TO DISMISS

In the Second Procedural Order [ECF No. 292], the Court stated:

> Pending Motions: There may be motions that remain pending in the original or tag-along cases as a result of the stay or transfer to the MDL case. Any party that does not wish any such motion to be denied without prejudice shall notify the Court prior to March 8.

Id. at ¶ 3(d).

The notification date has passed, and those parties who wish to have the Court rule on a pending motion have so notified the Court. The remaining pending motions shall be denied without prejudice.

Accordingly:

1. Plaintiff's Motion to Dismiss Counterclaims [ECF No. 47 in 14-cv-3890] is DENIED WITHOUT PREJUDICE.

    a. Plaintiff shall respond to Defendant American Printing Company, Inc.'s Counterclaims [ECF No. 46 in 14-cv-3890] by March 31, 2016.

2. Defendant's Motion to Dismiss or, in the Alternative, Motion for More Definite Statement [ECF No. 16 in 14-cv-3887] is DENIED WITHOUT PREJUDICE.

3. Directmail.com's Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint for Patent Infringement [ECF No. 22 in 15-cv-1975] is DENIED WITHOUT PREJUDICE.

SO ORDERED, on <u>Wednesday, March 23, 2016</u>.

/s/
Marvin J. Garbis
United States District Judge
